**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOLDEX-METRIC, | ) | Case No.   CV-17-7571-R |
|    Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| SWEDSAFE AB, | ) | |
|    Defendant(s). | ) | |

Plaintiff was ORDERED to show cause in writing no later than March 23, 2018 why this action should not be dismissed for lack of prosecution. On March 23, 2018, Plaintiff filed a Response to the Court's Order to Show Cause and stated that service was being effectuated pursuant to the Hague Service Convention. After reviewing Plaintiff's Response, the Court extended the time for Plaintiff to file a proof of service of summons and complaint to April 19, 2018. On, April 19, 2018, Plaintiff filed a proof of service for service of the summons and complaint effectuated via email and FedEx along with two procedurally deficient motions, a Motion to Authorize use of Alternative Method of Service of Complaint and a Motion to Extend Time for Service of Complaint. The Complaint was filed on October 16, 2017, and it is now over 180 days since this action has opened. The Court FINDS that no good cause is shown to extend service and authorize use of an alternative method of service at this time.

/ / /

WHEREAS, the period has elapsed without proper service of the complaint and summons; and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: April 23, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE